ELAINE VAN SLYKE, Appellant, v. ROBERT FIVEY, Respondent. ROBERT VAN SLYKE, Appellant, v. ROBERT FIVEY, Respondent.—

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., dissents and votes to affirm on the ground that on her own testimony plaintiff was guilty of contributory negligence.